IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3084 |
| v. | ) | |
| MARTHA LILIANO MIRANDA-SANDOVAL, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED,

The motion of John J. Velasquez to withdraw as counsel of record for defendant, filing 18, is granted.

DATED this 30th day of June, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge