IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3084 |
| | ) | |
| v. | ) | |
| | ) | |
| MARTHA LILIANO MIRANDA-SANDOVAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to seal, filing 21, is granted and filing 22 shall be maintained under seal by the clerk's office.

DATED this 19th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge