IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARTHA LILIANO-MIRANDA | ) | |
| SANDOVAL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to continue sentencing (filing 50) is granted.

(2) The defendant's evidentiary hearing and sentencing are continued to Thursday, February 26, 2009, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(3) The defendant's request for oral testimony (filing 49) is denied.

February 17, 2009.            BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge