IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3084 |
| | ) | |
| V. | ) | |
| | ) | |
| MARTHA LILIANO MIRANDA-SANDOVAL, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to seal (filing 52) is granted.

(2) The defendant's motion to present documentary evidence (filing 53) is granted.

DATED this 20th day of February, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge